# Exhibit "A"

US00D498322S

## (12) United States Design Patent
### Schnell

(10) Patent No.: **US D498,322 S**
(45) Date of Patent: ** Nov. 9, 2004

(54) **CLIP LIGHT**

(75) Inventor: Tim Schnell, Bedford, TX (US)

(73) Assignee: IP Holdings, Inc., Grand Prairie, TX (US)

(**) Term: 14 Years

(21) Appl. No.: 29/195,578

(22) Filed: Dec. 12, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/100,495, filed on Mar. 19, 2002.

(51) LOC (7) Cl. .................................................. 26-05
(52) U.S. Cl. ............................................. D26/60; D26/62
(58) Field of Search ..................... D26/39, 43, 44, D26/61, 62, 63, 65, 103; D14/218; 362/98, 99, 191, 281–287, 269, 197–199, 109, 396, 418, 419, 427, 428, 430

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,494,177 A | 1/1985 | Matthews | 362/402 |
| 4,581,684 A | 4/1986 | Mazzucco | 362/98 |
| 5,422,802 A | 6/1995 | Lin | 362/269 |
| D374,100 S * | 9/1996 | Chen | D26/60 |
| 5,695,271 A | 12/1997 | Zeller | 362/98 |
| 5,702,175 A | 12/1997 | Chen | 362/191 |
| D391,381 S * | 2/1998 | Yang | D26/60 |
| 6,142,644 A | 11/2000 | Leung | 362/98 |
| D450,147 S * | 11/2001 | Leen | D26/60 |
| 6,361,184 B1 | 3/2002 | Hallgrimsson et al. | 362/188 |
| 6,419,370 B1 | 7/2002 | Chen | 362/98 |
| 6,527,409 B1 * | 3/2003 | Naghi et al. | 362/186 |
| 6,530,672 B2 | 3/2003 | Galli | 362/200 |
| 2003/0016532 A1 * | 1/2003 | Reed | 362/198 |
| 2003/0133304 A1 | 7/2003 | Wallach | 362/414 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth, P.A.

(57) **CLAIM**

The ornamental design for the clip light, as shown.

**DESCRIPTION**

FIG. 1 is a front perspective view of a clip light according to the present invention.

**1 Claim, 1 Drawing Sheet**



U.S. Patent          Nov. 9, 2004          US D498,322 S



# Composite Exhibit "B"

 Thousands of Possibilities | GET YOURS

WEEKLY AD | GIFT CARDS | ORDER STATUS | CART
STORE LOCATOR | CREDIT CARDS | MY ACCOUNT | 0 Items
WISH LIST | REWARD ZONE | CUSTOMER SERVICE

ELECTRONICS | CAMERAS & CAMCORDERS | COMPUTERS | MUSIC, MOVIES GAMES & TOYS | HOME & APPLIANCES | PHONES & COMMUNICATIONS | OFFICE PRODUCTS | GIFT IDEAS

SEARCH FOR  Keyword or Item #          IN  All Categories     GO   Welcome.
Please create an account or Sign in.

**TOYS**
- By Type
- DVD Games
- Handheld Games
- Kids' Decor
- Learning Toys
- Plug & Play Games
- Radio Control Vehicles
- Robots
- By Age Range
- By Price Range
- By Brand

Best Buy > Toys > By Type > Kids' Decor > Product Info



⊕ VIEW MORE PHOTOS

Our Price: $10.99

 ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day
Estimate arrival time.

**Store Pickup:** Available at most stores Select preferred store availability

ADD TO WISH LIST

### Toy Island Spiderman Book Light
Model: 70605

Now your child can read comfortably in dark or low-light areas with this **Book Light** that features Spiderman as the on/off switch. Two lithium batteries provide up to 100 hours of reading time. The bright white LED light will never burn out or need to be replaced, providing years of use.

A bendable neck allows for the light to be easily directed just where your child wants it. The sturdy clip will keep it attached to the book as your child reads. Add Spiderman to your child's favorite books with this **Spiderman Book Light**.

**More Options**
- Compare with products in this price range.

Product Specs

**Product Features**
- Features Spiderman as the on/off switch
- Two lithium batteries provide up to 100 hours of usage
- Bright white LED light never burns out or needs replacing
- Bendable neck allows the light to be easily directed to the right spot
- Sturdy clip keeps the light in place while reading





---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts
Recalls

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español






About Best Buy | News Center | Careers | For Our Investors | Community Relations | Affiliate Program

Need help shopping? 1-888-BEST BUY (1-888-237-8289)   We'll call you now  click to talk

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change.
© 2003- 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For



 Thousands of Possibilities | GET YOURS

WEEKLY AD | GIFT CARDS | ORDER STATUS | CART
STORE LOCATOR | CREDIT CARDS | MY ACCOUNT | 0 Items
WISH LIST | REWARD ZONE | CUSTOMER SERVICE

ELECTRONICS | CAMERAS & CAMCORDERS | COMPUTERS | MUSIC, MOVIES GAMES & TOYS | HOME & APPLIANCES | PHONES & COMMUNICATIONS | OFFICE PRODUCTS | GIFT IDEAS

SEARCH FOR  Keyword or Item #     IN  All Categories    GO     Welcome.
Please create an account or Sign In.

▼ **TOYS**

**By Type**
DVD Games
Handheld Games
Kids' Decor
Learning Toys
Plug & Play Games
Radio Control Vehicles
Robots

**By Age Range**
**By Price Range**
**By Brand**

Best Buy > Toys > By Type > Kids' Decor > Product Info



**Toy Island Cars Mater Book Light**
Model: 8924

Now your child can read comfortably in dark or low-light areas with this **Book Light** that features Mater from the Disney Pixar movie **Cars** as the on/off switch. Two lithium batteries provide up to 100 hours of reading time. The bright white LED light will never burn out or need to be replaced, providing years of use.

A bendable neck allows for the light to be easily directed just where your child wants it. The sturdy clip will keep it attached to the book as your child reads. Add some **Cars** fun to your child's favorite books with this **Cars Book Light**.

**More Options**
Compare with products in this price range.





⊕ VIEW MORE PHOTOS

**Our Price: $10.99**

 ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day
Estimate arrival time.

**Store Pickup:**
Available at most stores Select preferred store availability

ADD TO WISH LIST

Product Specs

**Product Features**

- Features Mater from the Disney Pixar film **Cars**
- Two lithium batteries provide up to 100 hours of usage
- Bright white LED light never burns out or needs replacing
- Bendable neck allows the light to be easily directed to the right spot
- Sturdy clip keeps the light in place while reading
- Character serves as the on/off switch

---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts
Recalls

**MORE BEST BUY SITES...**
Select a Site 
Best Buy en Español

      

About Best Buy | News Center | Careers | For Our Investors | Community Relations | Affiliate Program

Need help shopping? 1-888-BEST BUY (1-888-237-8289)   We'll call you now 



 Angle





  

CART    0 Items    CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST : HELP :
ABOUT SHIPPING : GIFT REMINDERS

| HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | B&N JR. | TOYS & GAMES | HOME & OFFICE | GIFT CARDS | B&N MEMBER PROGRAM | BOOK CLUBS |

BROWSE HOME & OFFICE    BESTSELLERS    ELECTRONICS & GADGETS    HOME & OFFICE DÉCOR    JOURNALS & STATIONERY    TOOLS FOR READERS    SALE

Keyword    SEARCH    ADVANCED SEARCH

**Members Save Up To 40% Every Day.**

## Tinkerbell Booklight Juvie Fixture
by Toy Island



More Views

**Other Format**
ISBN: 0641689039
Pub. Date: February 2006
Series: Walt Disney Series

**More ...**
Add to Wish List
Write a Review
Email a Friend

**BUY THIS ITEM**

Online Price:
**$9.95**

Members Pay:
**$8.95**  Join Now

ADD TO CART

Usually ships within 24 hours

**FAST & FREE DELIVERY**

This item is eligible for
Fast&Free Delivery

### More About Tinkerbell Booklight Juvie Fixture
Product Details
From the Publisher

**Product Details**
ISBN: 0641689039
ISBN-13: 9780641689031
Format: Other Format
Publisher: Toy Island
Sales Rank: 14,241
Series: Walt Disney Series

**From the Publisher**
This adorable Disney book light includes a figure of Tinkerbelle, lithium batteries, a sturdy clip, bendable neck, and a bright white LED light. In addition to its use as a book light it can also be used in a backpack or as a computer light.

**B&N SERVICES**
About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Corporate, Government & Libraries
Publisher & Author Guidelines
Purchase Order Accounts

**SHIPPING & DELIVERY**
About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

**QUICK HELP**
Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2007 Barnesandnoble.com llc

 **Thousands of Possibilities | GET YOURS**

WEEKLY AD | GIFT CARDS | ORDER STATUS | **CART**
STORE LOCATOR | CHECK CARDS | MY ACCOUNT | 0 Items
WISH LIST | REWARD ZONE | CUSTOMER SERVICE

ELECTRONICS ▼ | CAMERAS & CAMCORDERS ▼ | COMPUTERS ▼ | MUSIC, MOVIES GAMES & TOYS ▼ | HOME & APPLIANCES ▼ | PHONES & COMMUNICATIONS ▼ | OFFICE PRODUCTS ▼ | GIFT IDEAS

SEARCH FOR  Keyword or Item #     IN  All Categories     GO      **Welcome.**
Please create an account or Sign in.

**▼ TOYS**
By Type
DVD Games
Handheld Games
Kids' Decor
Learning Toys
Plug & Play Games
Radio Control Vehicles
Robots
By Age Range
By Price Range
By Brand

Best Buy > Toys > By Type > Kids' Decor > Product Info



**Toy Island Disney Cinderella Book Light**
Model: 10470

Now your child can read comfortably in dark or low-light areas with this **Book Light** that features Cinderella as the on/off switch. Two lithium batteries provide up to 100 hours of reading time. The bright white LED light will never burn out or need to be replaced, providing years of use.

A bendable neck allows for the light to be easily directed just where your child wants it. The sturdy clip will keep it attached to the book as your child reads. Add some Cinderella fun to your child's favorite books with this **Disney Book Light**.

**O VIEW MORE PHOTOS**

Our Price: $10.99

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day
Estimate arrival time.

**Store Pickup:**
Available at most stores Select preferred store availability

**ADD TO WISH LIST**

**More Options**

* Compare with products in this price range.

 Product Specs ▼




**Product Features**

* Features Cinderella as the on/off switch
* Two lithium batteries provide up to 100 hours of usage
* Bright white LED light never burns out or needs replacing
* Bendable neck allows the light to be easily directed to the right spot
* Sturdy clip keeps the light in place while reading

---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts
Recalls

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español

  

About Best Buy | News Center | Careers | For Our Investors | Community Relations | Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**     We'll call you now  click to talk

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change.
© 2003-2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For



CLOSE

Angle





BEST BUY

**BARNES & NOBLE** www.bn.com | **FAST & FREE DELIVERY** » SEE DETAILS | 🛒 CART  0 Items  CHECK OUT ▶

ACCOUNT : ORDER STATUS : WISH LIST : HELP : ABOUT SHIPPING : GIFT REMINDERS

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | B&N JR. | TOYS & GAMES | **HOME & OFFICE** | GIFT CARDS | B&N MEMBER PROGRAM | BOOK CLUBS

BROWSE HOME & OFFICE   BESTSELLERS   ELECTRONICS & GADGETS   HOME & OFFICE DÉCOR   JOURNALS & STATIONERY   TOOLS FOR READERS   SALE

Keyword    SEARCH ▶ | ADVANCED SEARCH

**Members Save Up To 40% Every Day.**

---

**Attention, Muggles!**
**Get 40% Off**
**Members Save 46%**



Pre-order Now ▶

**Editor's Selections**

From Toys to Games, find what you need in our Gift Center.

**Find Related Items**

- AudioBooks
- Calendar
- Childrens Books
- College Textbooks
- Sale Annex Books
- DVD & Video
- Music
- Prints & Posters

## SEARCH RESULTS

We found **4** items for authors: **Toy Island**.

Sorted by:  Top Matches   GO ▶

1. **Tinkerbell Booklight Juvie Fixture**
   Toy Island
   Format: **Other Format**
   Pub. Date: February 2006

   **FROM B&N**
   B&N Price:       $9.95
   **Member Price:   $8.95**
   Become a B&N Member
   Enjoy great savings every day.
   **Usually ships within 24 hours**

2. **Cinderella Booklight Juvie Fixture**
   Toy Island
   
   Format: **Other Format**
      Two CR2025 Batteries Included
   Pub. Date: February 2006

   **FROM B&N**
   B&N Price:       $9.95
   **Member Price:   $8.95**
   Become a B&N Member
   Enjoy great savings every day.
   **Usually ships within 24 hours**

3. **Ariel Little Mermaid Booklight Juvie Fixture**
   Toy Island
   
   Format: **Other Format**
   Pub. Date: November 2006

   **FROM B&N**
   B&N Price:       $9.95
   **Member Price:   $8.95**
   Become a B&N Member
   Enjoy great savings every day.
   **Usually ships within 24 hours**

4. **McQueen Cars Booklight Juvie Fixture**
   Toy Island
   Format: **Other Format**
   Pub. Date: August 2006

   **FROM B&N**
   B&N Price:       $9.95
   **Member Price:   $8.95**



Become a B&N Member
Enjoy great savings every day.

**Usually ships within 24 hours**

Showing 1-4 of 4 items

**CAN'T FIND WHAT YOU'RE LOOKING FOR?**

» See more search options >
» Get search tips >

∧ Back to Top

Terms of Use, Copyright, and Privacy Policy
© 1997-2007 Barnesandnoble.com llc