IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DATE: September 8, 2009

| **JUDGE** | **COURT REPORTER** |
|---|---|
| JOHN DAVID LOVE | Kim Julian |

**Law Clerks**: Natalie Alfaro

| GOOD SPORTSMAN MARKETING, et al<br><br>vs.<br><br>LI & FUNG LIMITED, et al | CIVIL ACTION NO: 6:07-CV-395<br><br>SHOW CAUSE HEARING |
|---|---|

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYs FOR DEFENDANTS** |
|---|---|
| Eric Buether (Greenberg Traurig)<br>Mike Jones (Potter Minton)<br>Allen Gardner (Potter)<br>Steven Peretz (Peretz Chesal Herrmann)<br>Leora Herrmann (Peretz) | Deron Dacus (Ramey Flock)<br>  For LI & Fung, Toy Island<br><br>Alison Naidech (Salans)<br>Lora Moffatt (Salans)<br>Eric Findlay (Findlay Craft)<br>Tracy Crawford (Ramey Flock)<br>  Toy Island (USA), Inc.<br><br>No Appearance<br>  Toy Island Mfrg Co., Ltd |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN**: 2:20 pm                                    **ADJOURN:** 2:29 pm

| 2:20 pm | Case called. Mr. Buether announced ready on behalf of the plaintiff. Mr. Jones and Mr. Dacus announced ready on behalf of the defendant. |
|---|---|
| 2:20 pm | The Court greeted the parties and stated we are here for a show cause hearing as to why Toy Island should not be dismissed. The Court will hear from Mr. Buether. |
| 2:21 pm | Mr. Buether responded. The entity does not exist anymore and should be dismissed. |
| 2:22 pm | Mr. Dacus responded. He stated that the correct entity should by Toy Island Limited, not Inc. |
| 2:23 pm | The Court will dismiss Toy Island, Limited from this case. The Court is aware that there is a Motion to Dismiss from Li and Fung Limited. The Court review the motion and asked what Good Sportman is looking for in discovery. |

**FILED:  9.8.2009**

**DAVID J. MALAND, CLERK**

BY: *Mechele Morris*, Courtroom Deputy

| | |
|---|---|
| 2:25 pm | Mr. Buether responded. He discussed details as to what jurisdictional discovery is wanted. He asked for 60 days to do this. Parties are trying to settle the case and got a meaningful counter. If the case could be resolved in 15 days, extensive discovery might not be needed. |
| | The Court encouraged parties to continue to resolved the case. |
| 2:27 pm | Mr. Dacus responded and the corporate representative is in Asia as to a deposition. |
| | Mr. Buether stated there would not be a problem. |
| | The Court stated that the motion was not set today, but wanted to see how involved would be. |
| 2:28 pm | Mr. Buether stated that written discovery would be useful. |
| 2:29 pm | The Court wanted to get a feel as to what kind of discovery was wanted, but will take the motion under advisement. |