IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GOOD SPORTSMAN MARKETING LLC, et al.** | § § § | |
| Plaintiffs | § § | CASE NO. 6:07CV395 |
| vs. | § § | PATENT CASE |
| **LI & FUNG LIMITED, et al.** | § § § | |
| Defendants | § | |

**ORDER**

On August 10, 2009, the Court ordered Plaintiffs to appear at 1:30 p.m. on September 8, 2009 and show cause why Toy Island Manufacturing Company, Limited should not be dismissed (Docket No. 51). On September 8, 2009, the Court held a show cause hearing where Plaintiffs represented that Toy Island Manufacturing Company, Limited no longer exists as a corporation and cannot be served. Plaintiffs have consented to Toy Island Manufacturing Company, Limited being dismissed from this suit.

The Court therefore **ORDERS** that Toy Island Manufacturing Company, Limited be **DISMISSED** from this suit without prejudice.

**So ORDERED and SIGNED this 21st day of September, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE