**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **GOOD SPORTSMAN MARKETING** | § | |
| **LLC, et al.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | **CASE NO.  6:07CV395** |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **LI & FUNG LIMITED, et al.** | § | |
| | § | |
| **Defendants** | § | |

**ORDER**

Before the Court are Defendant Li & Fung Ltd.'s Motion and Memorandum of Law to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Docket No. 21) and Defendant Li & Fung (BVI) Ltd.'s Motion and Memorandum of Law to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Docket No. 44).  Having considered the Motions and any opposition thereto, the Motions are **DENIED WITHOUT PREJUDICE**.  The Plaintiffs factual allegations suggest with reasonable particularity the possible existence of the requisite contacts necessary for the Court to exercise personal jurisdiction over Defendants Li & Fung Ltd. and Li & Fung (BVI) Ltd. and therefore Plaintiffs are entitled to undertake jurisdictional discovery.

The Court further **ORDERS**:

1. Plaintiffs be allowed to conduct jurisdictional discovery as to Defendants Li & Fung Ltd. and Li & Fung (BVI) Ltd.

2.  Plaintiffs may take no more than two (2) depositions per defendant.  By agreement of the parties at the hearing, these depositions shall take place in Asia.

3.  Plaintiffs may serve no more than ten (10) interrogatories and ten (10) requests for

admissions per defendant.

     4. Jurisdictional discovery shall be completed within **60 days** after entry of this Order.

     5. Defendants Li & Fung Ltd. and Li & Fung (BVI) Ltd. may renew their motions to dismiss for lack of jurisdiction within **10 days** of jurisdictional discovery being completed.

**So ORDERED and SIGNED this 23rd day of September, 2009.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE