**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| GOOD SPORTSMAN MARKETING, LLC AND IP HOLDINGS, INC.<br><br>Plaintiffs,<br><br>v<br><br>TOY ISLAND (USA), INC.<br><br>Defendant. | CIVIL ACTION NO. 6:07-CV-395 LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Plaintiffs IP Holdings, Inc., and Good Sportsman Marketing, LLC, and Defendant Toy Island (USA), LLC have filed a joint motion to dismiss this action. The Court, having considered the motion, concludes that the motion should be granted. It is therefore

ORDERED that all claims and counterclaims asserted by all parties to this action are hereby dismissed with prejudice, pursuant to the settlement agreement between the parties, with each party to bear its own costs and expenses, including attorney's fees, incurred in connection with the action.

**So ORDERED and SIGNED this 29th day of September, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**